UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

DUSTIN KELLEY,                           )
                                         )
                Plaintiff,               )
                                         )
v.                                       )     Civil Action Docket No:
                                         )
UNITED STATES CELLULAR                   )
CORPORATION and UNITED STATES            )
CELLULAR OPERATING COMPANY OF            )
BANGOR,                                  )

                Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, United States Cellular Corporation, and USCC Services, LLC, misidentified in the caption as United States Cellular Operating Company of Bangor (together, "USCC"), by and through its attorneys, submit their notice of removal in the above-captioned action from the Superior Court for Penobscot County, Maine to this Court based on diversity jurisdiction under 28 U.S.C. § 1332.  The following statement is submitted pursuant to 28 U.S.C. § 1446(a):

1.       On or about August 13, 2015, Plaintiff filed the above-captioned action in the Superior Court for Penobscot County, Maine as Case No. CV-15-151 naming USCC as the only Defendants.  In his Complaint, Plaintiff alleges claims of interference with contractual relationship and defamation against his former employer, U.S. Cellular.

2.       USCC was served with a copy of the initial pleading set forth the claim upon which the action is based on November 10, 2015.  This notice of removal was filed within 30 days of USCC's receipt of the initial pleading and within one (1) year of commencement of this action.

3.       Plaintiff's cause of action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C § 1332(a)(1).  This action is a removable action

{W5233790.1}

pursuant to the provisions of 28 U.S.C. § 1441, because the matter in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship exists with plaintiff being a citizen and resident of Penobscot County, Maine and both United States Cellular Corporation and USCC Services, LLC being corporations organized and existing under the laws of the State of Delaware with their principal places of business in Chicago, Illinois.

4.      To the extent that Plaintiff intended to name United States Cellular Operating Company of Bangor ("USCOC of Bangor"), which is a corporation organized and existing under the laws of the State of Maine with its principal place of business in Chicago, Illinois, removal is still proper as "there is no reasonable possibility that the state's highest court would find that the complaint states a cause of action upon which relief may be granted against this defendant." *Universal Truck & Equipment Co., Inc., v. Southworth-Milton, Inc.*, 765 F.3d 103, 108 (1st Cir. 2014). Specifically, United States Cellular Corporation is a holding company and parent company to numerous U.S. Cellular entities, including USCC Services, LLC, which employs all employees working for U.S. Cellular, and USCOC of Bangor, which is a holding company holding U.S. Cellular telecommunication licenses in Maine through Bangor Cellular Telephone, L.P. Accordingly, the only proper defendant in this action is Plaintiff's former employer, USCC Services, LLC, which issued his W-2 for his last year of employment.

5.      Copies of all process and pleadings served on USCC in Case No. CV-15-151, and filed in Maine Superior Court, Penobscot County, are attached as Exhibit A to the Declaration of Katharine I. Rand ("Rand Declaration").

6.      Since this Court would have had original jurisdiction over this claim under 28 U.S.C. § 1332 had this action been originally filed in this Court, the case is removable to this Court pursuant to 28 U.S.C. § 1441(a) and (b). This Court is the United States District Court for the district where Case No. CV-15-151 is pending.

{W5233790.1}                                2

**WHEREFORE**, Defendants, United States Cellular Corporation and USCC Services, LLC, pray that the above-referenced action now pending in the Superior Court for Penobscot County, Maine be removed therefrom to this Court.

DATED:   December 10, 2015                    /s/ Katharine I. Rand
                                            Katharine I. Rand, Bar No. 9629
                                            Pierce Atwood LLP
                                            Merrill's Wharf
                                            254 Commercial Street
                                            Portland, ME  04101
                                            207-791-1267
                                            krand@pierceatwood.com

                                            Tracy L. Farley, IL Bar No. 6228890
                                            Quarles & Brady LLP
                                            300 North LaSalle Street, Ste 4000
                                            Chicago, IL 60654
                                            312-715-5214
                                            tracy.bradford@quarles.com

                                            *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, I served a copy of the Notice of Removal by

electronically mailing copy of same, and addressed to the following:

Matthew S. Keegan, Esquire
Johnson, Webbert & Young, L.L.P.
160 Capital Street, Suite 3
PO Box 79
August, ME 04332
mkeegan@johnsonwebbert.com

Dated: December 10, 2015                    /s/ Katharine I. Rand
                                           Katharine I. Rand

                                           Pierce Atwood LLP
                                           Merrill's Wharf
                                           254 Commercial Street
                                           Portland, Maine 04101
                                           207-791-1100
                                           krand@pierceatwood.com

                                           *Counsel for Defendants*

{W5233790.1}                    4